LDA

CA 05 518T

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ESTATE OF MICHAEL DEPAMPHILIS, By and Through Its Executrix, RONDA DEPAMPHILIS; RONDA DEPAMPHILIS, Individually And as the Parent and Next Best Friend of GIAN DEPAMPHILIS, A Minor | : | |
| -VS- | : | CASE NO.: |
| LOUISE ASSELIN, Alias, Jane Doe, In her Capacity as the Executrix on Behalf of THE ESTATE OF ALAIN DERY, Alias and THE ESTATE OF ALAIN DERY, and ZURICH INSURANCE COMPANY, Alias | : | |

## VERIFIED COMPLAINT

Now come the Plaintiffs, by and through counsel, and under oath do state:

## THE PARTIES

1. The Plaintiff, the Estate of Michael DePamphilis (hereinafter, "the Plaintiff Estate"), exists within the Town of Smithfield, County of Providence, State of Rhode Island;

2. The decedent, Michael DePamphilis (hereinafter, "the decedent, Michael DePamphilis"), at all times relevant hereto, was a resident of the Town of Smithfield, County of Providence, State of Rhode Island;

3. The Plaintiff, Ronda DePamphilis (hereinafter, "the Plaintiff, DePamphilis"), is a resident of the Town of Smithfield, County of Providence, State of Rhode Island and, at all times relevant hereto, is the widow of the decedent DePamphilis and the Executrix of the Estate of Michael DePamphilis;

4. The Minor Plaintiff, Gian DePamphilis, at all times relevant hereto, is the child of Michael Depamphilis and Ronda DePamphilis;

5. Upon information and belief, the decedent, Alain Dery (hereinafter, "the decedent, Dery"), at all times relevant hereto, was a resident of Quebec, Canada;

6. Upon information and belief, the Defendant, the Estate of Alain Dery (hereinafter, "the Defendant, Estate of Alain Dery") exists within Quebec, Canada and the Defendant, Louise Asselin, Alias, Jane Doe, In her Capacity as the Executrix of the Estate of Alain Dery, exists within Quebec, Canada;

7. Upon information and belief, the Defendant, Zurich Insurance Company, Alias (hereinafter, "the Defendant, Zurich") is an insurance company that is duly licensed and authorized to do business in Quebec, Canada;

8. At all times relevant hereto, the Defendant, Zurich, was the snowmobile liability insurance carrier for the decedent, Dery;

## JURISDICTION

9. The Plaintiffs aver that this Honorable Court has jurisdiction pursuant to 28 USCS § 1332, insofar as the amount in controversy exceeds the sum or value of $75,000.00, and is between citizens of a State and a subject of a foreign state;

## COUNT I

10. On January 11, 2003 at approximately 3:15 p.m., the decedent, Michael DePamphilis, was the operator of a snowmobile that was traveling in a southerly direction on a snowmobile trail identified as Trail 549 in or near Armagh in Quebec, Canada;

11. The decedent, Michael DePamphilis, was in the exercise of due care and caution at all times relevant hereto;

12. On the same date and time and at the same place set forth above, the decedent, Dery, negligently, carelessly and recklessly operated a snowmobile while traveling in a northerly direction on said Trail 549 in or near Armagh in Quebec, Canada;

13. As a direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the snowmobile that he was operating collided with the snowmobile being operated by the decedent, Michael DePamphilis, and caused an accident;

14. As a further direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the decedent, Michael DePamphilis, was killed, thereby suffering loss of life and loss of earning capacity, and suffered other great damage;

WHEREFORE, the Plaintiffs, the Estate of Michael DePamphilis by and through its Executrix, Ronda DePamphilis, and Ronda DePamphilis, Individually and as the Parent and Next Friend of Gian DePamphilis, a Minor, hereby demand judgment against the Defendants, Louise Asselin, Alias Jane Doe, in her capacity as the Executrix of the Estate of Alain Dery, the Estate of Alain Dery, and Zurich Insurance Company, Alias, in an amount sufficient to confer jurisdiction upon this Honorable Court, together with any other relief that this Honorable Court deems meet and just.

## COUNT II

15. Paragraphs 1 – 14 are hereby incorporated by reference as if set forth fully herein;

On January 11, 2003 at approximately 3:15 p.m., the decedent, Michael DePamphilis, was the operator of a snowmobile that was traveling in a southerly direction on a snowmobile trail identified as Trail 549 in or near Armagh in Quebec, Canada;

16. The decedent, Michael DePamphilis, was in the exercise of due care and caution;

17. On the same date and time and at the same place set forth above, the decedent, Dery, negligently, carelessly and recklessly operated a snowmobile while traveling in a northerly direction on said Trail 549 in or near Armagh in Quebec, Canada;

18. As a direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the snowmobile that he was operating collided with the snowmobile being operated by the decedent, Michael DePamphilis, and caused an accident;

19. As a further direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the decedent, Michael DePamphilis, was killed;

20. As a further direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the Plaintiff, DePamphilis, has suffered the loss of consortium, companionship and society of her husband, Michael DePamphilis, has suffered loss of enjoyment of life, and has suffered other great damage.

WHEREFORE, the Plaintiffs, the Estate of Michael DePamphilis by and through its Executrix, Ronda DePamphilis, and Ronda DePamphilis, Individually and as the Parent and Next Friend of Gian DePamphilis, a Minor, hereby demand judgment against the Defendants, Louise Asselin, Alias Jane Doe, in her capacity as the Executrix of the Estate of Alain Dery, the Estate of Alain Dery, and Zurich Insurance Company, Alias, in an amount sufficient to confer jurisdiction upon this Honorable Court, together with any other relief that this Honorable Court deems meet and just.

## COUNT III

21. Paragraphs 1 – 20 are hereby incorporated by reference as if set forth fully herein;
On January 11, 2003 at approximately 3:15 p.m., the decedent, Michael DePamphilis, was the operator of a snowmobile that was traveling in a southerly direction on a snowmobile trail identified as Trail 549 in or near Armagh in Quebec, Canada;

22. The decedent, Michael DePamphilis, was in the exercise of due care and caution;

23. On the same date and time and at the same place set forth above, the decedent, Dery, negligently, carelessly and recklessly operated a snowmobile while traveling in a northerly direction on said Trail 549 in or near Armagh in Quebec, Canada;

24. As a direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the snowmobile that he was operating collided with the snowmobile being operated by the decedent, Michael DePamphilis, and caused an accident;

25. As a further direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the decedent, Michael DePamphilis, was killed;

26. As a further direct and proximate result of the decedent, Dery's negligence, carelessness and recklessness, the Minor Plaintiff, Gian DePamphilis, has suffered the loss of consortium, companionship and society of his father, Michael DePamphilis, has suffered loss of enjoyment of life, and has suffered other great damage.

WHEREFORE, the Plaintiffs, the Estate of Michael DePamphilis by and through its Executrix, Ronda DePamphilis, and Ronda DePamphilis, Individually and as the Parent and Next Friend of Gian DePamphilis, a Minor, hereby demand judgment against the Defendants, Louise Asselin, Alias Jane Doe, in her capacity as the Executrix of the Estate of Alain Dery, the Estate of Alain Dery, and Zurich Insurance Company, Alias, in an amount sufficient to confer jurisdiction upon this Honorable Court, together with any other relief that this Honorable Court deems meet and just.

COUNT IV

27. Paragraphs 1 – 26 are hereby incorporated by reference as if set forth fully herein; On January 11, 2003 at approximately 3:15 p.m., the decedent, Michael DePamphilis, was the operator of a snowmobile that was traveling in a southerly direction on a snowmobile trail identified as Trail 549 in or near Armagh in Quebec, Canada;

28. The decedent, Michael DePamphilis, was in the exercise of due care and caution;

29. On the same date and time and at the same place set forth above, the decedent, Dery, who is an insured of the Defendant, Zurich, negligently, carelessly and recklessly operated a snowmobile while traveling in a northerly direction on said Trail 549 in or near Armagh in Quebec, Canada;

30. As a direct and proximate result of the negligence, recklessness and carelessness of the Defendant, Zurich's insured, the snowmobile that the Defendant, Zurich's insured was operating collided with the snowmobile being operated by the decedent, Michael DePamphilis, and caused an accident;

31. As a further direct and proximate result of the negligence, carelessness and recklessness of the Defendant, Zurich's insured, the decedent Michael DePamphilis, was killed;

32. As a further direct and proximate result of the negligence, carelessness and recklessness of the Defendant, Zurich's insured, the decedent, Michael DePamphilis has suffered loss of life, loss of earning capacity, and other great damage, and the Plaintiff, Ronda DePamphilis, and the Minor Plaintiff, Gian DePamphilis, have suffered the loss of consortium, companionship and society of their spouse and father, Michael DePamphilis, they have suffered loss of enjoyment of life, and they have suffered other great damage.

WHEREFORE, the Plaintiffs, the Estate of Michael DePamphilis by and through its Executrix, Ronda DePamphilis, and Ronda DePamphilis, Individually and as the Parent and Next Friend of Gian DePamphilis, a Minor, hereby demand judgment against the Defendants, Jane Doe, in her capacity as the Executrix of the Estate of Alain Dery and the Estate of Alain Dery, in an amount sufficient to confer jurisdiction upon this Honorable Court, together with any other relief that this Honorable Court deems meet and just.

Plaintiffs,
By Their Attorneys:

D'AMICO & BURCHFIELD, LLP

James V. Burchfield, Jr. Esq. #4095
Robert A. D'Amico, II, Esq. #4593
Jessica L. Basso, Esq. #5885
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 (fax)

Plaintiffs hereby demand a trial by jury as to all issues contained herein.

STATE OF RHODE ISLAND
PROVIDENCE, SC

I certify that the Paragraphs are true and accurate to the best of my knowledge.

Verified: Ronda DePamphilis
Ronda DePamphilis, Individually and as the Executrix of the Estate of Michael DePamphilis and as the Parent and Next Friend of Gian DePamphilis, A Minor

Subscribed and sworn to before me on this 8th day of December, 2005.

Notary Public
My Commission Expires: