# UNITED STATES DISTRICT COURT

## District of Rhode Island

Estate of Michael DePamphilis
Ronda DePamphilis, Individually and as the
Executrix of the Estate of DePamphilis and
as the Parent and Next Friend of Gian DePamphilis, A Minor

Louise Asselin, Alias, Jane Doe, In her Capacity as the
Executrix of the Estate of Alain Dery, The Estate of Alain Dery,
and Zurich Insurance Co., Alias

CASE NUMBER: **CA 05 518T**

## AFFIDAVIT OF SERVICE

I, George Mallia - Process Server, of the City of Toronto, Province of Ontario

**MAKE OATH AND SAY:**

1. On December 22, 2005 at 11:18 a.m., I served the **Zurich Insurance Company** with the **Summons and Complaint,** by leaving a copy with Tina Aruliah, Customer Service Representative, and a person authorized to accept service on behalf of Zurich Insurance Company, at 400 University Avenue, 23rd Floor, Toronto, Ontario.

2. I was able to identify the person by means of verbal acknowledgment.

SWORN BEFORE ME at the City of Toronto,
Province of Ontario,
this 23rd day of December, 2005

George Mallia

Notary Public in and for the Province of Ontario

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Estate of Michael DePamphilis,
Ronda DePamphilis, Individually and as the
Executrix of the Estate of DePamphilis and
as the Parent and Next Friend of Gian DePamphilis, A Minor

V.

Louise Asselin, Alias, Jane Doe, In her Capacity as the
Executrix of the Estate of Alain Dery, The Estate of Alain Dery,
and Zurich Insurance Co., Alias

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 518T

TO: (Name and address of Defendant)

Zurich Insurance Company
400 University Avenue
Toronto, Ontario, M5G 1S7

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/14/05

(By) DEPUTY CLERK