C A N A D A

PROVINCE OF QUEBEC

**EX-JURIS PROCEEDING**

Originating from a document in the United State Disrict Court, District of Rhode Island
CASE NO : CA 05 518 t

**BETWEEN:**

**ESTATE OF MICHAEL DEPAMPHILIS,
RONDA DEPAMPHILIS, INDIVIDUALLY AND AS
EXECUTRIX OF THE ESTATE OF DEPAMPHILIS AND
AS THE PARENT AND NEXT FRIEND OF GIAN DEPAMPHILIS, A MINOR**

**Plaintiffs**

**AND:**

**LOUISE ASSELIN, ALIAS JANE DOE, IN HER CAPACITY AS THE
EXECUTRIX OF THE ESTATE OF ALAIN DERY, THE ESTATE OF ALAIN DERY,
AND ZURICH INSURANCE CO., ALIAS**

**Defendants**

**MINUTES OF SERVICE**

THAT pursuant of an ex-juris document received;

Considering the Hague convention of November 15,1965, and namely involving Canada and United States of America;

Considering the provisions of sub-paragraph (b) of article 10 of the said Convention;

Considering the special request made by the representative of the attorneys in this case;

I, CLAUDE MARTEL, a sworn bailiff of Justice, being a ministerial and public officer practicing in the Province of Quebec duly authorized under the laws of the Province of Quebec to proceed with the services of legal process within the limits of said Province, having my office at 800, blvd des Capucins, in the City and Judicial District of Quebec, Province of Quebec, Canada, being under my oath of office DO DECLARE:

THAT I did on Wednesday, the 21st day of December 2005 at 8:05 o'clock in the afternoon, serve the said defendant:

**LOUISE ASSELIN, IN HER CAPACITY AS THE EXECUTRIX OF THE ESTATE OF ALAIN DERY**

With a SUMMONS IN A CIVIL CASE AND COMPLAINT in this cause;
By delivering to and leaving the same with LOUISE ASSELIN, personally at her domicile, at 529, des Bosquets, in the City of Lac Saint-Charles and Judicial district of Quebec, Province of Quebec, Canada.

THAT the said LOUISE ASSELIN identify herself by verbal acknowledgment.

THAT I duly endorsed with my signature, the time and date on the said documents so served.

AND I HAVE SIGNED,

CLAUDE MARTEL, H.J.
Bailiff of Justice
Province of Quebec

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Cconvention

1) that the document has been served upon — <u>LOUISE ASSELIN, IN THER CAPACITY AS THE EXECUTRIX OF THE ESTATE OF ALAIN DERY</u>

1. que la demande a été exécutée
- the (date)
- la (date) — 21st day of December, 2005, at 08:05 p.m.
- at (place, street, number)
- à (localité, rue numéro) — 529, des Bosquets, Lac St-Charles, Québec, Canada

-in one of the following methods authorized by article 5
-dans une des formes suivantes prévues à l'article 5

( ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of Convention
( ) (a) selon les formes légales (article 5, alinéa premier, lettre a)
(X) (b) in accordance with the following particular method: by leaving the same with LOUISE ASSELIN, personally
( ) (b) selon la forme particulière suivante:
( ) (c by delivery to the adressee, who accepted it voluntarily
( ) (c par remise simple

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:
-(Identity and description of person)
-(identité et qualité de la personne)
-relationship to the addressee (family business or other):
-liens de parenté, de subordination ou autres, avec le destinataire de l'acte;

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas été exécutée, en raison des faits suivants:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement (if applicable)

Conformément à l'article 12. Alinéa 2. de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.

LIST OF DOCUMENTS:
LISTE DES DOCUMENTS:

Annexes/
Annexes

Documents returned:
Pièces renvoyées:

DONE AT QUEBEC, this 28th day of December 2005.
Fait à

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

**<u>Summons in a Civil Case and Complaint</u>**

[signature]
CLAUDE MARTEL, BAILIFF OF JUSTICE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Estate of Michael DePamphilis,
Ronda DePamphilis, Individually and as the
Executrix of the Estate of DePamphilis and
as the Parent and Next Friend of Gian DePamphilis, A Minor

V.

Louise Asselin, Alias, Jane Doe, In her Capacity as the
Executrix of the Estate of Alain Dery, The Estate of Alain Dery,
and Zurich Insurance Co., Alias

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 518 T

TO: (Name and address of Defendant)

The Estate of Alain Dery, c/o Louise Asselin
529 Des Bouquets
Lac Saint Charles, QC 3G3 1T8

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica L. Basso, Esq.
James V. Burchfield, Jr., Esq.
Robert A. D'Amico, II, Esq.
D'AMICO & BURCHFIELD, LLP
536 Atwells Avenue
Providence, Rhode Island 02909

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/14/05

(By) DEPUTY CLERK