**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ESTATE OF MICHAEL DEPAMPHILIS, by and Through its Executrix RONDA DEPAMPHILIS, Individually and as the Parent and Next Best Friend of GIAN DEPAMPHILIS, a Minor,** | ) | |
| **Plaintiff,** | ) | **CASE NO.: 05-518T** |
| **VS.** | ) | |
| **LOUISE ASSELIN, Alias, Jane Doe, in Her Capacity as the Executrix on Behalf Of THE ESTATE OF ALAIN DERY, Alias and THE ESTATE OF ALAIN DERY, and ZURICH INSURANCE COMPANY, Alias,** | ) | |
| **Defendants.** | ) | |

## NOTICE OF SPECIAL, LIMITED APPEARANCE OF COUNSEL

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter our special, limited appearance as counsel for the Defendant, Louise Asselin, improperly designated as the Executrix on behalf of Alain Dery, for the limited purpose of contesting personal jurisdiction in the above-captioned case.

**LOUISE ASSELIN, IMPROPERLY DESIGNATED AS THE EXECUTRIX ON BEHALF OF THE ESTATE OF ALAIN DERY,**
By Her Attorney,

Michael J. Smith (#5019)
BONNER, KIERNAN TREBACH & CROCIATA, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: January 10th, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 10th day of January 2006, to all counsel of record.

Jessica L. Basso, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212

Michael J. Smith