**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ESTATE OF MICHAEL DEPAMPHILIS, by and Through its Executrix RONDA DEPAMPHILIS, Individually and as the Parent and Next Best Friend of GIAN DEPAMPHILIS, a Minor,**<br>**Plaintiff,**<br><br>**VS.**<br><br>**LOUISE ASSELIN, Alias, Jane Doe, in Her Capacity as the Executrix on Behalf Of THE ESTATE OF ALAIN DERY, Alias and THE ESTATE OF ALAIN DERY, and ZURICH INSURANCE COMPANY, Alias,**<br>**Defendants.** | ) | **CASE NO.: 05-518T** |

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance as counsel for the Defendant, Zurich Insurance Company, in the above-entitled action.

**ZURICH INSURANCE COMPANY,**
By its Attorney,

Michael J. Smith (#5019)
BONNER, KIERNAN TREBACH & CROCIATA, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: January 10, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, this 10th day of January 2006, to all counsel of record.

Jessica L. Basso, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212

Michael J. Smith