**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ESTATE OF MICHAEL DEPAMPHILIS, by and Through its Executrix RONDA DEPAMPHILIS, Individually and as the Parent and Next Best Friend of GIAN DEPAMPHILIS, a Minor,** <br> **Plaintiff,** | ) | **CASE NO.: 05-518T** |
| **VS.** | ) | |
| **LOUISE ASSELIN, Alias, Jane Doe, in Her Capacity as the Executrix on Behalf Of THE ESTATE OF ALAIN DERY, Alias and THE ESTATE OF ALAIN DERY, and ZURICH INSURANCE COMPANY, Alias,** <br> **Defendants.** | ) | |

**MOTION OF LOUISE ASSELIN, IMPROPERLY DESIGNATED AS THE EXECUTRIX ON BEHALF OF THE ESTATE OF ALAIN DERY, TO AMEND HER MOTION TO DISMISS**

NOW COMES, the Defendant Louise Asselin, improperly designated as the Executrix on behalf of the Estate of Alain Dery ("Defendant"), and hereby moves this Court to amend her motion to dismiss, filed pursuant to Fed.R.Civ.P. 12(b)(2). Defendant seeks to amend her motion to dismiss to request a hearing for oral argument, state that an evidentiary hearing is not required and further states that oral argument on her motion to dismiss should take one hour. In further support thereof, Defendant hereby incorporates by reference the attached Memorandum of Law as if expressly re-written herein and the attached proposed Amended Motion to Dismiss.

WHEREFORE, for the foregoing reasons, Defendant's Motion to Amend her Motion to Dismiss with prejudice should be allowed.

**LOUISE ASSELIN, IMPROPERLY DESIGNATED AS THE EXECUTRIX ON BEHALF OF THE ESTATE OF ALAIN DERY,**
By Her Attorney,

Michael J. Smith (#5019)
BONNER, KIERNAN TREBACH & CROCIATA, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: January 17, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, this 17 day of January 2006, to all counsel of record.

Jessica L. Basso, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212

Michael J. Smith

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE ESTATE OF MICHAEL DEPAMPHILIS, by and Through its Executrix RONDA DEPAMPHILIS, Individually and as the Parent and Next Best Friend of GIAN DEPAMPHILIS, a Minor,** **Plaintiff,** | ) | **CASE NO.: 05-518T** |
| **VS.** | ) | |
| **LOUISE ASSELIN, Alias, Jane Doe, in Her Capacity as the Executrix on Behalf Of THE ESTATE OF ALAIN DERY, Alias and THE ESTATE OF ALAIN DERY, and ZURICH INSURANCE COMPANY, Alias,** **Defendants.** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF LOUISE ASSELIN, (IMPROPERLY DESIGNATED AS THE EXECUTRIX ON BEHALF OF THE ESTATE OF ALAIN DERY) TO AMEND HER MOTION TO DISMISS**

The Defendant Louise Asselin, improperly designated as the Executrix on behalf of the Estate of Alain Dery ("Defendant"), and hereby moves this Court to amend her motion to dismiss, filed pursuant to Fed.R.Civ.P. 12(b)(2). Pursuant to United States District Court, District of Rhode Island Local Rules CV 15(a)-(b) and CV 7(e), Defendant seeks to amend its motion to dismiss to request a hearing for oral argument, state that an evidentiary hearing is not required and further state that oral argument on its motion to dismiss should take one hour. The Defendant inadvertently omitted a request for oral argument and a statement anticipating the duration of the requested oral argument.

WHEREFORE, for the foregoing reasons, Defendant's Motion to Amend her Motion to Dismiss with prejudice should be allowed.

**LOUISE ASSELIN, IMPROPERLY DESIGNATED AS THE EXECUTRIX ON BEHALF OF THE ESTATE OF ALAIN DERY,**
By Her Attorney,

Michael J. Smith (#5019)
BONNER, KIERNAN TREBACH & CROCIATA, LLP
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: January 17, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, this 17 day of January 2006, to all counsel of record.

Jessica L. Basso, Esq.
D'Amico & Burchfield, LLP
536 Atwells Avenue
Providence, RI 02909
(401) 454-1212

Michael J. Smith