UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THE ESTATE OF MICHAEL DEPAMPHILIS,
by and Through its Executrix,
RONDA DEPAMPHILIS; RONDA
DEPAMPHILIS, Individually
and as the Parent and Next Best
Friend of GIAN DEPAMPHILIS, a Minor

v. CA No. 05-518-T

LOUISE ASSELIN, Alias, JANE DOE,
in Her Capacity as the Executirx
on Behalf of THE ESTATE OF ALAIN
DERY, Alias and THE ESTATE OF
ALAIN DERY, and ZURICH
INSURANCE COMPANY, Alias

**ORDER GRANTING MOTIONS TO AMEND**

The defendants' motions to amend their motions to dismiss are here by granted; provided, however, that their oral arguments shall be limited to no more than 15 minutes.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/10/06 , 2006