UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

MAR 09 2006

Property of U.S. District Court
District of Rhode Island

THE ESTATE OF MICHAEL DEPAMPHILIS, By and Through Its Executrix, RONDA DEPAMPHILIS; RONDA DEPAMPHILIS, Individually And as the Parent and Next Best Friend of GIAN DEPAMPHILIS, A Minor

-VS- C.A. NO.: 05-518T

LOUISE ASSELIN, Alias, Jane Doe, In her Capacity as the Executrix on Behalf of THE ESTATE OF ALAIN DERY, Alias and THE ESTATE OF ALAIN DERY, and ZURICH INSURANCE COMPANY, Alias

**DISMISSAL STIPULATION**

It is hereby agreed between the parties that the within cause of action is DISMISSED, with prejudice as to any and all related causes of action within the United States against the Defendants specifically named herein, with no interest and no costs. This Dismissal Stipulation shall not have any effect on any cause of action that the Plaintiff(s) may maintain in Canada against the specific Defendants named herein, or against any parties not named herein.

Plaintiffs,
By Their Attorneys:

D'AMICO & BURCHFIELD, LLP

James V. Burchfield, Jr. Esq. #4095
Robert A. D'Amico, II, Esq. #4593
Jessica L. Basso, Esq. #5885
536 Atwells Avenue
Providence, Rhode Island 02909
(401) 454-1212
(401) 454-1233 (fax)

Dated: 3/9/06

Defendants,
By Their Attorneys:

BONNER, KIERNAN, TREBACH & CROCIATA

Michael J. Smith, Esq. #5019
One Liberty Square
Boston, MA 02109
(617) 426-3900

Dated: 3/8/06

ENTER:

Ernest C. Torres
Chief, U.S. District Judge

DATE: 3/14/06